FILED: September 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1908
(1:21-cv-01090-LMB-TCB)

_____

RUDOLPH CAREY, III

    Plaintiff - Appellant

v.

NELSON SMITH, in his official capacity as Commissioner of the Virginia Department of Behavioral Health and Developmental Services

    Defendant - Appellee

-------------------------------

COLLATERAL CONSEQUENCES RESOURCE CENTER, INC.

    Amicus Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded with instructions to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK